IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

RENETTA WILLIAMS, Individually and
as Grandparent, Next Friend, and Guardian
of D.W., a minor child; and MELEVA
WILLIAMS, Individually and as Parent,
Next Friend, and Guardian of D.W.,
a minor child                                                                    PLAINTIFFS

v.                                    No. 3:16-cv-14-DPM

DOLLAR TREE STORES, INC.; and
DOLLAR TREE STORES, INC. #2907                                       DEFENDANTS

ORDER

The Court would appreciate some more information before it sets a hearing. Please file a copy of the proposed settlement agreement under seal. Is Renetta Williams or Meleva Williams the duly appointed guardian of D.W.'s estate? The complaint is ambiguous on this point. If not, doesn't one of them need to be appointed to compromise the claim? ARK. CODE ANN. § 28-65-318. And shouldn't the probate division of the Crittenden County Circuit Court take the first look at the proposed settlement? The Court would appreciate a joint report on these issues by 3 August 2016.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

27 July 2016