IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

RENETTA WILLIAMS, Individually and
as Grandparent, Next Friend, and Guardian
of D.W., a minor child; and MELEVA
WILLIAMS, Individually and as Parent,
Next Friend, and Guardian of D.W.,
a minor child                                                            PLAINTIFFS

v.                          No. 3:16-cv-14-DPM

DOLLAR TREE STORES, INC.; and
DOLLAR TREE STORES, INC. #2907                                           DEFENDANTS

## AMENDED ORDER

**1.** The Court made a mistake in its Order filed yesterday, № 32. The date is wrong—2016 instead of 2017. The Court files this Amended Order to correct its error.

**2.** Joint report, № 31, noted and appreciated. The stay, № 16, is lifted. Informed by everything of record, including establishment of the guardianship and approval of the settlement by the Circuit Court of Crittenden County (probate division), this Court gives its final approval to this deal. The resolution is fair, reasonable, and in the child's best interest. Particularly important is the Circuit Court's retention of jurisdiction over the

trust and the guardianship. This Court will dismiss this case with prejudice unless a party seeks some other relief before 26 April 2017.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

13 April 2017